IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J & J SPORTS PRODUCTIONS, INC..         Civil Action No.  08 CV 02840

    Plaintiff,
                                            **Rule 7.1 Statement**

ARLI RESTAURANT CORP.
d/b/a ARLI RESTAURANT & BUFFET
and JUAN A. ALMONTE

    Defendants,

_____

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for J & J Sports Productions, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.


Date:   3/14/08                                                /s/ Paul Hooten
                                                                      Signature of Attorney
                                                                        Paul J. Hooten, Esq.
                                                                        Attorney Bar Code: PJH9510