UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.

    Plaintiff,         Index # 08-CV-02840

 -against-

                 **CERTIFICATE OF SERVICE**

ARLI RESTAURANT CORP.
d/b/a ARLI RESTAURANT & BUFFET
and JUAN A. ALMONTE
    Defendants,
_____

  I certify that a copy of the Letter from Judge Baer's chambers with the Pre-Trial Conference date, Proposed Pretrial Scheduling Order and Individual Practices of Judge Harold Baer was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on April 3, 2008:

To: Arli Restaurant Corp.
   d/b/a Arli Restaurant & Buffet
   1404 Ogden Avenue
   Bronx, NY 10452

   Juan A. Almonte
   c/o Arlli Restaurant & Buffet
   1404 Ogden Avenue
   Bronx, NY 10452

        By: /s/ Lucille Eichler
           Lucille Eichler
           Paul J. Hooten & Associates
           5505 Nesconset Highway, Suite 203
           Mt. Sinai, NY 11766