UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

--------------------------------------

**J&J SPORTS PRODUCTIONS, INC.,**

    PLAINTIFF

– vs. –

**ARLI RESTAURANT CORP. DBA ARLI RESTAURANT & BUFFET ET ANO,**

    DEFENDANT

--------------------------------------

Index No: **08CV02840**
Date Filed: **03/17/2008**
Office No: **131404**
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**LOAI SARSOUR** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **04/10/2008** at **09:02AM** at **1404 OGDEN AVENUE , BRONX, NY 10452**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **ARLI RESTAURANT CORP DBA ARLI RESTAURANT & BUFFET** the **DEFENDANT** therein named by delivering to, and leaving personally with **"JOHN" WILSON, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| SEX: **MALE** | COLOR: **WHITE** | HAIR: **BALD** |
|---|---|---|
| APP. AGE: **45** | APP. HT: **5'10** | APP. WT: **170** |

OTHER IDENTIFYING FEATURES:

Sworn to before me on **04/11/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

_____
LOAI SARSOUR – 1138309
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML

