UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

J & J SPORTS PRODUCTIONS, INC.,

                   Plaintiff,

     -against-

ARLI RESTAURANT CORP., d/b/a ARLI
RESTAURANT & BUFFET and JUAN A.
ALMONTE,

                   Defendants.

---------------------------------------------------------------x

**VERIFIED ANSWER**

Case No.: 08-CV-02840

Defendants, ARLI RESTAURANT CORP., d/b/a ARLI RESTAURANT & BUFFET and JUAN ALMONTE, individually and as an officer, director, shareholder and/or principal, by their attorneys, JOSEPH A. ALTMAN, P.C., as and/or their answer to the Plaintiff's Complaint, sets forth and alleges the following:

    1.    Denies each and every allegation contained in the paragraphs of the Complaint marked, numbered, and designated "15", "16", "17", "18", "19", "20", "23", "27", "30", "31", "32", "34", "35" and "36".

    2.    Lacks sufficient knowledge and information to form a belief as to each and every allegation contained in the paragraphs of the Complaint, marked, numbered and designated "1", "2", "3", "4", "6", "7", "8", "9", "10", "11", "12", "13", "14", "22", "24", "25", "26", "29" and "33".

    3.    Defendants hereby incorporate by reference all of the allegations contained in paragraphs 1-2 above mentioned, as though set forth herein at length, as to each and every allegation contained in the paragraphs of the Complaint, marked, numbered and designated "21" and "28".

### AS AND FOR A 1ST AFFIRMATIVE DEFENSE

6. That any claim or cause of action against these Defendants is improper, as the Plaintiff failed to commence suit against the Defendants within the appropriate statue of limitations; hence, the within action must be dismissed.

### AS AND FOR A 2ND AFFIRMATIVE DEFENSE

7. That the individual Defendant is shielded by the "Corporate Veil" of the Corporate Defendant(s).

8. That the Plaintiff has failed to state and to set forth a claim with regard to piercing the Corporate Veil.

### AS AND FOR A 3RD AFFIRMATIVE DEFENSE

9. That the Plaintiff has failed to set forth a claim or cause of action against these answering Defendants, upon which any type of relief can be granted.

### AS AND FOR A 4TH AFFIRMATIVE DEFENSE

10. That the Defendants relied upon the Plaintiff's agent with respect to securing the proper equipment and authorizations, with the Plaintiff then estopped from bringing the within action.

WHEREFORE, these answering Defendant(s) demand Judgment dismissing the within Action with costs and an assessment of reasonable legal fees against the Plaintiff re the defense of this action.

Dated: Bronx, New York
May __, 2008

Joseph A. Altman, Esq. (JAA #4290)
Attorney for Defendant
JOSEPH A. ALTMAN, P.C.
1009 East 163rd Street
Bronx, New York 10459

TO: Paul J. Hooten, Esq.
Attorney for Plaintiff
5505 Nesconset Highway, Suite 203
Mt. Sinai, New York 11766

S:\doCS\A\ALMONTE, JUAN A\ALL OTHER NOTICES\VERIFIED ANSWER.doc

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

J & J SPORTS PRODUCTIONS, INC.,

                        Plaintiff,

      -against-                      Case No.: 08-CV-02840

ARLI RESTAURANT CORP., d/b/a ARLI
RESTAURANT & BUFFET and JUAN A.
ALMONTE,

                        Defendants.
---------------------------------------------------------------X

## VERIFIED ANSWER

ALTMAN AND ALTMAN, ESQS.
Attorney(s) for
Defendant(s)
1009 East 163rd Street
Bronx, N.Y. 10459
(718) DA8-0422

---

Service of a copy of the within
is hereby admitted.

TO:

Dated:

Attorney(s) for

---

PLEASE TAKE NOTICE:

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named Court on

☐ **NOTICE OF SETTLEMENT**
that an order                         of which the within is a true copy
will be presented for settlement to the HON.           one of the Judges of the
within named court, at

On                     at              M.

Dated:

                                                      Yours, etc.
                                                      Altman and Altman, Esqs.
                                                      1009 East 163rd Street
                                                      Bronx, N.Y. 10459

**ATTORNEY'S CERTIFICATION**

JOSEPH A. ALTMAN, ESQ., an attorney duly admitted to the Courts of the state of New York, hereby certifies that the annexed, Verified Answer is, to the best of my knowledge and upon information and belief, formed after an inquiry reasonable under the circumstances, that the presentation of said papers or contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of 22 NYCRR.

STATE OF NEW YORK, COUNTY OF BRONX
SS.: I, the undersigned, an attorney admitted to practice in the courts of New York State,
___ Certification  certify that the within
    by Attorney   has been compared by me with the original and found to be a true and complete copy.
___ Attorney's   state that I am
    affirmation  the attorney(s) of record for petitioner in the within
                 action.    I have read the foregoing                                              and know the contents thereof; the same
                 is true to my knowledge, except as to the matters therein
                 alleged to be on information and belief, and as to those matters I believe it to be true.
                 The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.
                                                                                _____
                                                                                The name signed must be printed beneath
DATED:

STATE OF NEW YORK, COUNTY OF BRONX                                              SS.:
I, the undersigned, being duly sworn, depose and say: I am
_X_ Individual   in the action. I have read the foregoing Verified Answer
    verification                                         and know the contents thereof, the same is true to my own
                 knowledge, except as to the matters therein stated to be alleged on information and belief,
                 and as to those matters I believe it to be true.
_X_ corporation  the          President          of ARLI RESTAURANT CORP. d/b/a ARLI RESTAURANT & BUFFET et al.
    verification a  domestic corporation                                 corporation and a party in the within action; I have
                 read the foregoing   Verified Answer     and know the contents thereof; the same is true to my knowledge, except
                 as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This
                 verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
               JOSEPH A. ALTMAN
Sworn to before me NOTARY PUBLIC, STATE OF NEW YORK                             _____
                   No. 4805116                                                  The name signed must be printed beneath
                   Qualified in Westchester County                              JUAN A. ALMONTE
                   Commission Expires July 31, 2010
STATE OF NEW YORK, COUNTY OF BRONX         ss.:  (If more than one box is checked - indicate after names type of service used)
I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at 2816 Roebling Avenue, Bronx, New
York 10461

The undersigned Attorney and Counselor-at-law, duly admitted to practice law in the Courts of the State of New York, affirms,
under the penalty of perjury that

On  May 13 2008    I served the within   Verified Answer
_X_ service        by mailing a copy to each of the following persons as the last known address set forth after each name below.
    by mail
___ Personal       by delivering a true copy of each personally to each person named below at the address indicated. I know
    service on    each person served to be the person mentioned and described in said papers as a party therein.
    an Individual
___ Service by     by transmitting a copy to the following persons by ___ FAX at the telephone number set forth after each name below
    electronic       ___ E-Mail address set forth after each name below, which was designated by the attorney for such purpose,
    means            and by mailing a copy to the address set forth after each name.
___ Overnight      by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after
    Delivery       each name below.
    Service

Paul J. Hooten, Esq.
5505 Nesconset Highway, Suite 203
Mt. Sinai, New York 11766

                                                                                _____
Sworn to before me on                                                           The name signed must be printed beneath
the 13 day of May, 2008                                                         LYDIA APONTE

Affirmed to the 13TH
day of May, 2008

Joseph A. Altman
Notary Public, State of New York
No. 4805116
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires July 31, 2010