UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

J & J SPORTS PRODUCTIONS, INC.,

               Plaintiff,

-against-                      Case No.: 08-CV-02840

ARLI RESTAURANT CORP., d/b/a ARLI
RESTAURANT & BUFFET and JUAN A.
ALMONTE,

               Defendants.
---------------------------------------------------------------X

## VERIFIED ANSWER

ALTMAN AND ALTMAN, ESQS.
Attorney(s) for
Defendant(s)
1009 East 163rd Street
Bronx, N.Y. 10459
(718) DA8-0422

---

Service of a copy of the within
is hereby admitted.

TO:

Dated:

Attorney(s) for

---

PLEASE TAKE NOTICE:

☐ NOTICE OF ENTRY

that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named Court on

☐ NOTICE OF SETTLEMENT

that an order                                of which the within is a true copy
will be presented for settlement to the HON.                one of the Judges of the
within named court, at
On                          at                M.

Dated:                                        Yours, etc.
                                              Altman and Altman, Esqs.
                                              1009 East 163rd Street
                                              Bronx, N.Y. 10459

---

**ATTORNEY'S CERTIFICATION**

JOSEPH A. ALTMAN, ESQ., an attorney duly admitted to the Courts of the state of New York, hereby certifies that the annexed, Verified Answer is, to the best of my knowledge and upon information and belief, formed after an inquiry reasonable under the circumstances, that the presentation of said papers or contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of 22 NYCRR.

STATE OF NEW YORK, COUNTY OF BRONX
SS: I, the undersigned, an attorney admitted to practice in the courts of New York State,

___ Certification    certify that the within
    by Attorney     has been compared by me with the original and found to be a true and complete copy.
___ Attorney's     state that I am
    affirmation    the attorney(s) of record for petitioner in the within
                   action.   I have read the foregoing                                                     and know the contents thereof; the same
                   is true to my knowledge, except as to the matters therein
                   alleged to be on information and belief, and as to those matters I believe it to be true.
                   The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.
                                                                                    _____
                                                                                    The name signed must be printed beneath
DATED:

STATE OF NEW YORK, COUNTY OF BRONX                                       SS.:
I, the undersigned, being duly sworn, depose and say:  I am

_X_ Individual     in the action.  I have read the foregoing  Verified Answer
    verification                                            and know the contents thereof, the same is true to my own
                   knowledge, except as to the matters therein stated to be alleged on information and belief,
                   and as to those matters I believe it to be true.
_X_ corporation    the    President    of  ARLI RESTAURANT CORP. d/b/a ARLI RESTAURANT & BUFFET et al.
    verification    a  domestic corporation                                    corporation and a party in the within action;  I have
                   read the foregoing  Verified Answer      and know the contents thereof; the same is true to my knowledge, except
                   as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true.  This
                   verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on the ___ day of May, 2008

JOSEPH A. ALTMAN
NOTARY PUBLIC, STATE OF NEW YORK
No. 4805116
Qualified in Westchester County
Commission Expires July 31, 2010

                                                                                    _____
                                                                                    The name signed must be printed beneath
                                                                                    JUAN A. ALMONTE

STATE OF NEW YORK, COUNTY OF BRONX ST., 2010   ss:   (If more than one box is checked - indicate after names type of service used)
I, the undersigned, being sworn, say:  I am not a party to the action, am over 18 years of age and reside at  2816 Roebling Avenue, Bronx, New
York 10461

The undersigned Attorney and Counselor-at-law, duly admitted to practice law in the Courts of the State of New York, affirms,
under the penalty of perjury that:

On  May 13, 2008   I served the within   Verified Answer
_X_ service        by mailing a copy to each of the following persons as the last known address set forth after each name below.
    by mail
___ Personal       by delivering a true copy of each personally to each person named below at the address indicated.  I know
    service on     each person served to be the person mentioned and described in said papers as a party therein.
    an individual
___ Service by     by transmitting a copy to the following persons by  ___ FAX at the telephone number set forth after each name below
    electronic     ___ E-Mail address set forth after each name below, which was designated by the attorney for such purpose,
    means          and by mailing a copy to the address set forth after each name.
___ Overnight      by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after
    Delivery       each name below.
    Service

Paul J. Hooten, Esq.
5505 Nesconset Highway, Suite 203
Mt. Sinai, New York 11766

Sworn to before me on
the  13  day of May, 2008

Affirmed the ___ TH
day of May, 2008

Joseph A. Altman
Notary Public, State of New York
No. 4805116
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires July 31, 2010

                                                                                    _____
                                                                                    The name signed must be printed beneath
                                                                                    LYDIA APONTE