```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
J&J SPORTS PRODUCTION, INC.

              Plaintiff          Index#: CV 08-2840

    -against-



ARLI RESTAURANT CORP.            PLAINTIFF'S INITIAL
d/b/a ARLI RESTAURANT & BUFFET   DISCLOSURE PURSUANT TO
and JUAN A. ALMONTE              FED R. CIV.P.26(A)(1)
                                 OF INTERROGATORIES
              Defendant
-------------------------------------x
```

Pursuant to the requirement of Federal Rule of Civil Procedure 26, J&J Sports Production, Inc. Plaintiff in the above-titled action, makes the following disclosures by and through its undersigned counsel:

1. Initial Disclosures

(A) The identity of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the Complaint is as follows:

(1) J&J Sports Production, Inc. c/o Thomas P. Riley, P.C., First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030-3227; having knowledge as to the unauthorized publication and use of the telecast of Erik Morales and Manny Pacquiao on March 19, 2005 at the Arli Restaurant Corp.

(2) Arli Restaurant Corp. d/b/a Arli Restaurant & Buffet and Juan A. Almonte ("Defendant"), 1404 Ogden Avenue, Bronx, NY 10452; knowledge as to the information contained in and

relating to the unauthorized publication and use of the telecast of Erik Morales and Manny Pacquiao on March 19, 2005 at the Arli Restaurant Corp.

 (B) All documents, date complications, and tangible things that are in possession, custody, or control of J&J Sports Productions, Inc., may use to support its claims and/or defenses include the following:

  (1) Copy of investigators report;

  (2) Responses to discovery;

  (3) Deposition testimony, if any;

  (4) any other relevant document not yet discovered by Plaintiff which would be relevant to Plaintiff's case.

 The documents are located or will be located at the offices of Thomas P. Riley, PC, First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030-3227 and Paul J. Hooten & Associates, PLLC, 5505 Nesconset Hwy., Suite 203, Mt. Sinai, New York 11766/ There may e other documents that may be relevant that are not yet known which may be used to support the claims and/or defenses of J&J Sports Productions, Inc.

 ( C ) Damages to Plaintiff arising from the Defendant's unauthorized use of the telecast of Erik Morales and Manny Pacquiao on March 19, 2005 at the Arli Restaurant Corp. d/b/a Arli Restaurant and Juan A. Almonte and attorney fees and costs.

(D) Fed.R.Civ. P. 26 (a)(1)(D) does not apply to this matter.

Date: July 22, 2008

Respectfully submitted,

/s/ Paul J. Hooten  
PAUL J. HOOTEN & ASSOCIATES  
ATTORNEY FOR PLAINTIFF  
5505 Nesconset Hwy., Suite 203  
Mt. Sinai, New York 11766  
(631)331-0547

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.
      Plaintiff,      Index # 08-CV-2840
 -against-
              **CERTIFICATE OF SERVICE**

ARLI RESTAURANT CORP.
d/b/a ARLI RESTAURANT & BUFFET
and JUAN A. ALMONTE
      Defendants,
_____

  I certify that a copy of the Plaintiff'S Initial Disclosure Pursuant To Fed R.Civ.P 26(a)(1)

Of Interrogatories was sent via the U.S. Postal Service within the State of New York, First Class

Mail addressed to the following on July 22, 2008:

To: Joseph A. Altman, Esquire
   1009 East 163rd Street
   Bronx, NY 10459


        By: /s/ Lucille Eichler
           Lucille Eichler
           Paul J. Hooten & Associates
           5505 Nesconset Highway, Suite 203
           Mt. Sinai, NY 11766