IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW YORK

| | |
|---|---|
| J&J SPORTS PRODUCTION, INC. )<br>  )  Civil Action No. 08-CV-2840<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>ARLI RESTAURANT CORP. )<br>d/b/a ARLI RESTAURANT & BUFFET )<br>and JUAN A. ALMONTE )<br>  )<br>    Defendants. ) | |

CERTIFICATE OF SERVICE

I certify that a copy of the plaintiff's first request for production of documents were sent to the following via U.S. Postal Service, first class mail, postage prepaid on July 30, 2008 to Joseph Alan Altman, Esq. 1009 East 163rd St. Bronx, NY 10459.

BY:     /s/ Verena Orski
Verena Orski
Law Firm of Paul J. Hooten
Attorneys for Garden City Boxing Club, Inc.
5505 Nesconset Hwy., Ste. 203
Mt. Sinai, NY 11766
(631)331-0547