UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
J&J Sports Productions, Inc.
                            Plaintiff,

     -against-                                  08-cv-02840

Arli Restaurant Corp. d/b/a Arli
Restaurant & Buffet and Juan
A. Almonte,
                            Defendant.
_____

PURSUANT TO RULE 7.1 (Formerly Local General Rule 9) of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Arli Restaurant Corp., d/b/a Arli Restaurant & Buffet and Juan Almonte, an individual, certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the Defendant, Arli Restaurant Corp., d/b/a Arli Restaurant & Buffet and Juan Almonte.

Dated: Bronx, New York
       August 2, 2008                            s/s Joseph A. Altman, Esq.
                                                      Joseph A. Altman, Esq. 4290
                                                      Attorney for Defendant –
                                                      Arli Restaurant Corp., d/b/a
                                                      Arli Restaurant & Buffet and Juan Almonte,
                                                      Joseph A. Altman, P.C.
                                                      1009 East 163rd Street
                                                      Bronx, NY 10459
                                                      718-328-0422