UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J&J Sports Productions, Inc.
              Plaintiff,

-against-

Arli Restaurant Corp. d/b/a Arli
Restaurant & Buffet and Juan
A. Almonte,
              Defendant.

08-cv-02840

**DEFENDANT'S INITIAL DISCLOSURE PURSUANT TO FED. R. CIV.P.26(A)(1) OF INTERROGATORIES**

Pursuant to the requirement of the Federal Rule of Civil Procedure 26, Arli Restaurant Corp., d/b/a Arli Restaurant & Buffet and Juan A. Almonte, Defendants in the above-entitled action, makes the following disclosures by and through its undersigned counsel:

1. Initial Disclosures
   A. The identity of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the Complaint is as follows:
      i. Juan A. Almonte, at 1404 Ogden Avenue, Bronx, New York ; having knowledge as to the alleged unauthorized publication and use of the telecast of Erik Morales and Manny Pacquiao on March 19, 2005 at the Arli Restaurant Corp.
      ii. J&J Sports Production Inc. c/o Thomas P. Riley P.C., First Library Square, 1114 Fremont Avenue, South Pasedena, CA 91030-3227; knowledge as to the information contained in and relating to the alleged unauthorized publication and use of the telecast of Erik Morales and Manny Pacquiao on March 19, 2005 at the Arli Restaurant Corp.
   B. All documents, date complications, and tangible things that are in possession, custody or control of Defendant that it may use to support its claims and/or defenses include the following:
      i. Copy of the Plaintiff's investigators report;
      ii. Responses to discovery;
      iii. Deposition testimony, if any;
      iv. Any other relevant document not yet discovered by Defendant which would be relevant to Defendant's case.

The documents are located or will be located at the offices of Thomas P. Riley, PC, First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030-3227 and Paul J. Hooten & Associates, PLLC, 5505 Nesconset Hwy., Suite 203, Mt. Sinai, New York 11766. There may be other documents that may be relevant that are not yet known which may be used to support the claims and/or defenses of Defendant.

C. Damages to Defendant arising from the Plaintiff's claims regarding the Defendant's unauthorized use of the telecast of Erik Morales and Manny Pacquiao on March 19, 2005 at the Arli Restaurant Corp., d/b/a Arli Restaurant and Juan A. Almonte and attorney fees and costs.

D. Fed.R.Civ. P. 26 (a)(1)(D) does not apply to this matter.

Dated: Bronx, New York
July 31, 2008

                Joseph A. Altman, Esq. 4290
                Attorney for Defendants –
                Arli Restaurant Corp., d/b/a
                Arli Restaurant & Buffet and Juan Almonte,
                Joseph A. Altman, P.C.
                1009 East 163rd Street
                Bronx, NY 10459
                718-328-0422

TO: Paul J. Hooten, Esq.
    Paul J. Hooten & Associates
    Attorney for Plaintiff –
    J&J Sports Production, Inc.
    5505 Nesconset Hwy., Suite 203
    Mt. Sinai, New York 11766

STATE OF NEW YORK, COUNTY OF BRONX                               SS:
I, the undersigned, an attorney admitted to practice in the Courts of New York State,
___ certification      certify that the within
   by Attorney        has been compared by me with the original and found to be a true and complete copy.
   Attorney's         state that I am
   affirmation        the attorney(s) of record for                                    in the within
                      action;   I have read the foregoing                             and know the contents thereof; the same is true
                      to my knowledge, except as to the matters therein
                      alleged to be on information and belief; and as to those matters I believe it to be true.
                      The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
I affirm that the foregoing statements are true, under the penalties of perjury.
                                                                          _____
DATED:                                                                    The name signed must be printed beneath

STATE OF NEW YORK, COUNTY OF BRONX                               SS:
I, the undersigned, being duly sworn, depose and say:
___ individual    in the action; I have read the foregoing
   verification                                       and know the contents thereof; the same is true to my own
                  knowledge, except as to the matters therein stated to be alleged on information and belief,
                  and as to those matters I believe it to be true.
___ corporation   the                           of
   verification   a                                       corporation and a party in the within action; I have
                  read the foregoing                            and know the contents thereof; the same is true to my knowledge,
                  except as to the matters therein stated to be alleged upon information and belief; and as to those matters I believe it to be true. This
                  verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on the    day of          , 2008      _____
                                                         The name signed must be printed beneath

STATE OF NEW YORK, COUNTY OF Bronx        ss:     ( if more than one box is checked - indicate after names type of service used)
I, the undersigned, being sworn, say:  I am not a party to the action, am over 18 years of age and reside at 2115- Honeywell Ave Bx. NY.
~~The undersigned Attorney and Counsellor-at-law, duly admitted to practice law in the Courts of the State of New York, affirms,~~
~~under the penalty of perjury that:~~

On 8/1 /08        I served the within  INITIAL DISCLOSURE PURSUANT TO FED. R. CIV.P.26(a)(1) OF INTERROGATORIES
X service         by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and
  by mail         custody of the U.S. Postal Service within the New York State addressed to

___ Personal      by delivering a true copy of each personally to each person named below at the address indicated.  I know
   service on     each person served to be the person mentioned and described in said papers *as a party therein*.
   an individual
___ Service by    by transmitting a copy to the following persons by ___ FAX at the telephone number set forth after each name below
   electronic     ___ E-Mail address set forth after each name below, which was designated by the attorney for such purpose,
   means          and by by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody
                  of the U.S. Postal Service within the New York State  to the address set forth after each name.
___ Overnight     by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after
   Delivery       each name below.
   Service

PAUL J. HOOTEN, ESQ.
Attorney for Plaintiff
5505 Nesconset Highway, Suite 203
Mt. Sinai, New York  11766

Sworn to before me on  8/1/08
the    day of          2008                              *Beatriz Vargas*
                                                         the name signed must be printed beneath
Affirm  the                                              Beatriz G. Vargas
   day of    /2008

Joseph A. Altman
Notary Public, State of New York
No. 4805116
Qualified in Westchester County
Certificate Filed in Bronx County
Commission Expires July 31, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J&J Sports Productions, Inc.

      Plaintiff,

-against-           08-cv-02840

Arli Restaurant Corp. d/b/a Arli
Restaurant & Buffet and Juan
A. Almonte,

      Defendant.

---

DEFENDANT'S INITIAL DISCLOSURE PRUSUANT TO GED. R. CIV.P.26(A)(1) OF INTERROGATORIES

---

Joseph A. Altman, P.C.
Attorney(s) for
Defendant
1009 East 163rd Street
Bronx, N.Y. 10459
**(718)** DA8-0422

Service of a copy of the within
is hereby admitted.

TO:

Dated:

Attorney(s) for

PLEASE TAKE NOTICE:

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the
within named court on

☐ NOTICE OF SETTLEMENT
that an order    of which the within
is a true copy    will be presented to the
Hon.    one of the judges of the
within named Court, at
on    at    M.

Dated:
 Yours, etc.
 Attorney for

 Joseph A. Altman, P.C.
 1009 East 163rd Street
 Bronx, N.Y. 10459

Dated:
 Yours, etc.
 Attorney for

 Joseph A. Altman, P.C.
 1009 East 163rd Street
 Bronx, N.Y. 10459

ATTORNEY'S CERTIFICATION

JOSEPH A. ALTMAN, ESQ. , an attorney duly admitted to the Courts of the state of New York, hereby certifies that the annexed DEFENDANT'S INITIAL DISCLOSURE PURSUANT TO FED. R. CIV.P.26(A)(1) OF INTERROGATORIES is to the best of my knowledge and upon information and belief, formed after an inquiry reasonable under the circumstances, that the presentation of said papers or contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of 22 NYCRR.